UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  0:13-cv-61114-KAM

NAJLA ABU JABER, individually,

    Plaintiff,

v.

D.A.S.I., INC., d/b/a
"Diversified Adjustment Service, Incorporated,"
a foreign corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff NAJLA ABU JABER and Defendant D.A.S.I., INC., d/b/a "Diversified Adjustment Service, Incorporated" hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff as against D.A.S.I., INC., d/b/a "Diversified Adjustment Service, Incorporated", and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim against D.A.S.I., INC., d/b/a "Diversified Adjustment Service, Incorporated", and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 3rd day of December, 2013.

                                        BRET L. LUSSKIN, Esq.
                                      *Attorney for Plaintiff*
                                      20803 Biscayne Blvd., Ste. 302
                                      Aventura, Florida 33180
                                      Telephone: (954) 454-5841
                                      Facsimile: (954) 454-5844
                                      blusskin@lusskinlaw.com

                                 By:  /s/ Bret L. Lusskin, Esq.
                                        Bret L. Lusskin, Esq.
                                        Florida Bar No. 280690

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 3rd day of December, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste. 302
        Aventura, Florida 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069