UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61114-CIV-MARRA

NAJLA ABU JABER, individually,

Plaintiff,

vs.

D.A.S.I., INC., d/b/a
"Diversified Adjustment Service, Incorporated,"
a foreign corporation,
Defendants.

_____/

**ORDER**

This cause is before the Court upon the parties' Notice of Settlement and Stipulation for Dismissal with Prejudice (DE 15). The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-styled cause is dismissed with prejudice.[1] The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of December, 2013.

KENNETH A. MARRA
United States District Judge

---

[1] As to the parties' request that the Court retain jurisdiction for the purpose of enforcing their settlement agreement, see *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).